AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA V. RALPH O'NEAL | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-4053 JSB | 3:08-MJ-2053 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    Information    X Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §   846, 841(a)(1) and 841(b)(1)(A)

**DISTRICT OF OFFENSE**
Eastern District of Tennessee

**DESCRIPTION OF CHARGES:**

knowingly, intentionally, and without authority, conspiring, confederating and agreeing with others, to distribute and possess with intent to distribute, fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
   Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Defendant requested preliminary hearing in District of Offense

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 30, 2008                    John Bryant
Date                             United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |